Decided September 9, 1999

ROBERT C. FLANAGAN *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 89 (AC 17127), is denied.

BERDON and NORCOTT, Js., did not participate in the consideration or decision of this petition.

*Roger J. Frechette, Matthew E. Frechette* and *Franz P. Frechette*, in support of the petition.

*Susan Quinn Cobb*, assistant attorney general, in opposition.

*Charles Krich* filed an opposition, which was adopted by *Barbara G. Lifton*.

Decided September 9, 1999